**FORM 9A. Notice of Related Case Information**  Form 9A (p. 1)
March 2023

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

**NOTICE OF RELATED CASE INFORMATION**

**Case Number**  26-1433
**Short Case Caption**  In re: Entropic Communications, LLC
**Filing Party/Entity**  Entropic Communications, LLC

> **Instructions:** Do not duplicate information. The notice must only be filed at the time of filing the first Certificate of Interest or, subsequently, if information changes during the pendency of the appeal. *See* Fed. Cir. R. 47.5(b). Attach additional pages as needed. This notice must not be included in a motion, petition, related response, or brief; please only include the Certificate of Interest (Form 9) in those documents.

1. **Related or prior cases.** Provide the case title, case number, and originating tribunal for each case. Fed. Cir. R. 47.5(b)(1).

In re: Entropic Communications, LLC, No. 26-1432 (Fed. Cir.); and
Entropic Communications, LLC v. Cox Communications, Inc. et al.,
Case No. 2:23-cv-01049 (C.D. Cal.).

☐   Additional pages attached

FORM 9A. Notice of Related Case Information                                                Form 9A (p. 2)
                                                                                            March 2023

2. **Names of all parties involved in the cases listed above.** Do not duplicate the names of parties. Do not relist the case information. Fed. Cir. R. 47.5(b)(2)(A).

---

Comcast Cable Communications Management, LLC

Comcast Cable Communications, LLC

Comcast Corporation

Cox Communications California, LLC

Cox Communications, Inc.

CoxCom, LLC

Entropic Communications, LLC

MaxLinear, Inc.

---

☐   Additional pages attached

3. **Names of all law firms, partners, and associates in the cases listed above.** Do not duplicate the names of law firms, partners, and associates. Do not relist case information and party names. Fed. Cir. R. 47.5(b)(2)(B).

---

(See Attachment)

---

☑   Additional pages attached

I certify the following information and any attached sheets are accurate and complete to the best of my knowledge.

Date: 02/26/2026                         Signature:  /s/ Jason A. Engel

                                         Name:       Jason A. Engel

# Attachment to Notice of Related Case Information

**Case Number:** 26-1433

**Short Case Caption:** In re: Entropic Communications, LLC

**Filing Party/Entity:** Entropic Communications, LLC

3. **Names of all law firms, partners, and associates in the cases listed above.** Do not duplicate the names of law firms, partners, and associates. Do not relist case information and party names. Fed. Cir. R. 47.5(b)(2)(B).

**Banner & Witcoff, Ltd.:**
Steve S. Chang
Frederic M. Meeker
Paul T. Qualey

**Bridges IP Consulting:**
Kenneth Bridges

**Davis Polk and Wardwell LLP:**
Micah G. Block
Christina Costello
David J. Lisson
James Youngmin Park
Ashok Ramani

**Goldman Ismail Tomaselli Brennan and Baum LLP:**
Xaviere N. Giroud
Kurt A. Holtzman
Katherine P. Kieckhafer
Alan E. Littmann
Ethan Perbohner
Michael T. Pieja
Douglas Jordan Winnard

(p. 1)

**K&L Gates LLP:**
Rachel Berman
Jason A. Engel
Nathan J. Fuller
Vincent Galluzzo
Christina Goodrich
Nicholas F. Lenning
Connor Meggs
James A. Shimota
Cassidy Stewart

**Kilpatrick Townsend and Stockton LLP:**
Rishi Gupta
Vaibhav P. Kadaba
Christopher S. Leah
Andrew N. Saul
Sharon R. Smith
Mitchell G. Stockwell
Michael J. Turton

**King and Spalding:**
Brian E. Ferguson

**Olson Stein LLP:**
David M. Stein

**Walker Stevens Cannom LLP:**
Hannah Lynn Cannom
Bethany M. Stevens

**Winston and Strawn LLP:**
Louis Lloyd Campbell
Claire Dial
Brian E. Ferguson
Diana Hughes Leiden
Krishnan Padmanabhan
Saranya Raghavan

(p. 2)

(p. 3)

**Yocca Law Firm LLP:**
Jared Glicksman
Paul Kim
Mark W Yocca