FORM 26. Docketing Statement                                                         Form 26
                                                                                December 2025

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## DOCKETING STATEMENT

**Case Number:** 26-1433

**Short Case Caption:** In re: Entropic Communications, LLC

**Filing Party:** Entropic Communications, LLC

| | |
|---|---|
| **Instructions.** Complete each section or check the box if a section is intentionally blank or not applicable. Attach additional pages as needed. An amended docketing statement is required for each new appeal or cross-appeal consolidated after the first filing. | |

Issues to be raised on appeal:

(See Attachment)

Relief awarded below (if damages, specify):   ☐ None/Not Applicable

The Patent Trial and Appeal Board determined that claims 1-4, 8-13, 17, and 18 of U.S. Patent No. 9,825,826 are unpatentable.

Briefly describe the judgment/order appealed from:

Final Written Decision determining claims 1-4, 8-13, 17, and 18 of U.S. Patent No. 9,825,826 are unpatentable. The Decision Granting-in-Part Petitioner's Request on Rehearing of the Final Written Decision.

| Nature of Judgment (select one:) | Date of Judgment: 12/8/2025 |
|---|---|
| ☒ Final Judgment, 28 USC § 1295<br>☐ Rule 54(b)<br>☐ Interlocutory Order (specify type) _____<br>☐ Other (explain) _____ | |

Date: 2/26/2026         Signature: /s/ Jason A. Engel

                        Name:       Jason A. Engel

# **Attachment to Docketing Statement**

| | |
|---|---|
| **Case Number:** | 26-1433 |
| **Short Case Caption:** | In re: Entropic Communications, LLC |
| **Filing Party/Entity:** | Entropic Communications, LLC |

Issues to be raised on appeal:

(1)     Whether the Patent Trial and Appeal Board (the "Board") erred in determining that claims 1-4, 8-13, 17, and 18 of U.S. Patent No. 9,825,826 are unpatentable;

(2)     whether the Board abused its discretion and violated the Administrative Procedure Act and America Invents Act by failing to provide Patent Owner an opportunity to respond to Petitioner's Request for Rehearing, entered on September 15, 2025 (Paper 31), before issuing its Decision on Petitioner's Request for Rehearing and finding two additional claims (8 and 17) unpatentable; and

(3)     the Board's determination in its Decision Granting-in-Part Petitioner's Request on Rehearing that Konstantinos's "Signal to Noise" satisfies "signal-to-noise ratio" recited in claims 8 and 17 of U.S. Patent No. 9,825,826.