2026-1433

# United States Court of Appeals for the Federal Circuit

ENTROPIC COMMUNICATIONS, LLC,
*Appellant*

v.

JOHN A. SQUIRES, Under Secretary of Commerce for Intellectual Property and Director of the United States Patent and Trademark Office,
*Intervenor*

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2024-00442.

**APPELLANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF**

September 22, 2026

Jason A. Engel
Vincent J. Galluzzo
Jared R. Lund
K&L GATES LLP
70 W. Madison Street, Suite 3100
Chicago, IL 60602
Tel: (312) 807-4236
Email: jason.engel@klgates.com
vincent.galluzzo@klgates.com
jared.lund@klgates.com

*Counsel for Appellant*
*Entropic Communications, LLC*

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## CERTIFICATE OF INTEREST

**Case Number** 26-1433

**Short Case Caption** Entropic Communications, LLC v. Squires

**Filing Party/Entity** Entropic Communications, LLC

**Instructions:**

1. Complete each section of the form and select none or N/A if appropriate.

2. Please enter only one item per box; attach additional pages as needed, and check the box to indicate such pages are attached.

3. In answering Sections 2 and 3, be specific as to which represented entities the answers apply; lack of specificity may result in non-compliance.

4. Please do not duplicate entries within Section 5.

5. Counsel must file an amended Certificate of Interest within seven days after any information on this form changes. Fed. Cir. R. 47.4(c).

I certify the following information and any attached sheets are accurate and complete to the best of my knowledge.

Date: 09/22/2026

Signature: /s/ Vincent J. Galluzzo

Name: Vincent J. Galluzzo

| **1. Represented Entities.** Fed. Cir. R. 47.4(a)(1). | **2. Real Party in Interest.** Fed. Cir. R. 47.4(a)(2). | **3. Parent Corporations and Stockholders.** Fed. Cir. R. 47.4(a)(3). |
|---|---|---|
| Provide the full names of all entities represented by undersigned counsel in this case. | Provide the full names of all real parties in interest for the entities. Do not list the real parties if they are the same as the entities.<br>☑ None/Not Applicable | Provide the full names of all parent corporations for the entities and all publicly held companies that own 10% or more stock in the entities.<br>☐ None/Not Applicable |
| Entropic Communications, LLC | | Entropic Holdings LLC |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

☐ Additional pages attached

**4. Legal Representatives.** List all law firms, partners, and associates that (a) appeared for the entities in the originating court or agency or (b) are expected to appear in this court for the entities. Do not include those who have already entered an appearance in this court. Fed. Cir. R. 47.4(a)(4).

☐ None/Not Applicable ☐ Additional pages attached

| | | |
|---|---|---|
| Erik J. Halverson<br>(K&L Gates LLP) | | |
| Nathan J. Fuller<br>(formerly of K&L Gates LLP) | | |
| | | |

**5. Related Cases.** Other than the originating case(s) for this case, are there related or prior cases that meet the criteria under Fed. Cir. R. 47.5(a)?

☑ Yes (file separate notice; see below) ☐ No ☐ N/A (amicus/movant)

If yes, concurrently file a separate Notice of Related Case Information that complies with Fed. Cir. R. 47.5(b). **Please do not duplicate information.** This separate Notice must only be filed with the first Certificate of Interest or, subsequently, if information changes during the pendency of the appeal. Fed. Cir. R. 47.5(b).

**6. Organizational Victims and Bankruptcy Cases**. Provide any information required under Fed. R. App. P. 26.1(b) (organizational victims in criminal cases) and 26.1(c) (bankruptcy case debtors and trustees). Fed. Cir. R. 47.4(a)(6).

☑ None/Not Applicable ☐ Additional pages attached

| | | |
|---|---|---|
| | | |
| | | |

Pursuant to Federal Circuit Rule 26(b), Appellant Entropic Communications, LLC ("Appellant") respectfully requests an extension of time to file its Reply Brief. Appellant's Reply Brief is currently due on October 2, 2026. Appellant seeks a fourteen (14) day extension, until October 16, 2026, to file its Reply Brief. This is Appellant's first request for an extension to file its Reply Brief, and Appellant's second request for an extension in this Appeal. Counsel for Intervenor, John A. Squires, Under Secretary of Commerce for Intellectual Property and Director of the United States Patent and Trademark Office has no objections to the requested extension.

For the foregoing reasons, Appellant respectfully requests a 14-day extension, until October 16, 2026, to file its Reply Brief.

Dated: September 22, 2026

Respectfully submitted,

By: /s/ *Vincent J. Galluzzo*

Jason A. Engel
Vincent J. Galluzzo
Jared R. Lund
K&L GATES LLP
70 W. Madison Street, Suite 3100
Chicago, IL 60602
Tel: (312) 807-4236
Email: jason.engel@klgates.com
vincent.galluzzo@klgates.com
jared.lund@klgates.com

*Counsel for Appellant*

**CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMITATION**

1. This motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A). Excluding the portions exempted by rule, the motion contains 120 words, as counted by the word-processing software used to prepare it.

2. This motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and has been prepared in a proportionally spaced typeface using Microsoft® Word and 14-point Times New Roman type.

Dated: September 22, 2026

*/s/ Vincent J. Galluzzo*
Vincent J. Galluzzo

*Counsel for Appellant*